# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

|  |  |
|---|---|
| IN THE MATTER OF THE SEARCH OF SEVEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.     25- 1150 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Puerto Rico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Incorporated as Reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. Incorporated as Reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                          *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty_____.
                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30).*
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     12/17/25 at 11:56 a.m._____     _____
                                                                                                                     *Judge's signature*

City and state:     San Juan, PR_____     Hon. Mariana Bauzá Almonte, U.S. Magistrate Judge
                                                                                                  *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 25-1150 (M) | Date and time warrant executed: 12/17/2025 1:10 pm | Copy of warrant and inventory left with: USPIS San Juan Field Office |

*Inventory made in the presence of :*
A. Oneill/ D.Nieves/E.Leon/F.Arce-Morales

*Inventory of the property taken and name of any person(s) seized:*

USPS parcel and following contents:

• 9505 5110 9897 5350 1366 33: 1,120 grams of cocaine.
• 9505 5112 9823 5350 8603 88: Negative for narcotics or narcotics proceeds.
• 9505 5104 0211 5350 8011 75: 2,265 grams of cocaine.
• 9505 5105 5028 5350 8328 54: 2,070 grams of cocaine.
• 9505 5109 7841 5350 8210 42: Negative for narcotics or narcotics proceeds.
• 9505 5104 0212 5350 6754 16: 3,090 grams of cocaine.
• 9505 5112 9821 5350 8329 05: 1,045 grams of cocaine.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/17/2025

*Executing officer's signature*

Fabian Arce-Morales U.S. Postal Inspector
*Printed name and title*

**ATTACHMENT A**

**Property to Be Searched**

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 5-A | (P) 9505 5110 9897 5350 1366 33 | Luis Santiago<br>Urb. Bosque Verde<br>Calle Gabiota #76<br>Caguas PR 00725 | Freddie Hernandez<br>19 North St.<br>Meriden, CT 06451 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 5-B | (P) 9505 5112 9823 5350 8603 88 | Margarita Morales<br>P.O Box 187<br>Ceiba, PR<br>00731 | Eduardo O. Morales<br>65 James St.<br>Amsterdam, NY<br>12010 |



2

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 5-C | (P) 9505 5104 0211 5350 8011 75 | Omar López<br>222 Calle 9 Brisas de Ceiba<br>Ceiba PR 00735 | Joel Torres<br>1532 Mineral Spring Rd<br>Reading PA 19602 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 5-D | (P) 9505 5105 5028 5350 8328 54 | Cesar Fontanez<br>124 Calle Esperanza<br>Luquillo PR 00773 | Carlos Rivera<br>1400 Perkiomen Ave<br>Reading PA 19602 |



4

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 5-E | (P) 9505 5109 7841 5350 8210 42 | Damaris López<br>HC2-Box 5398<br>Lares P.R 00669 | Andrea Vélez<br>3595 Post Road<br>Apt 18206<br>Warwick RI 02886 |



5

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 5-F | (P) 9505 5104 0212 5350 6754 16 | Jonathan Ruiz<br>Glow Tech Computer<br>Urb. Calle 3 F-9, Ceiba 00735 | Jessica Smith<br>12132 Angell Rd Lot #9<br>Silver Creek NY 14136 |



6

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 5-G | (P) 9505 5112 9821 5350 8329 05 | Stephanie Colón<br>Calle 7 Urb. Monte Brisas<br>Bloque # D-13<br>Fajardo P.R. 00738 | Rivera Keylani<br>1031 Worcester St<br>1-Floor<br>Indian Orchid MA 01151 |



7

## ATTACHMENT B
### Particular Things to be Seized

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.